Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARURI N. KARURI, et al.,

    Plaintiffs,

v.

AMERICAN FINANCIAL RESOURCES, INC., et al.,

    Defendants.

No. C13-1844 RAJ

ORDER OF DISMISSAL

On March 18, 2014, the Court entered an Order to Show Cause (Dkt. #14), ordering Plaintiffs to show cause no later than March 28, 2014, why this action should not be dismissed for failing to provide proof of service of the summons and complaint upon Defendants as required by Fed. R. Civ. P. 4(m)., and warning Plaintiffs that absent a timely response to the Order to Show Cause, this action would be dismissed without prejudice.

There has been no response to the Court's Order to Show Cause and no proof of service has been filed.

///

///

ORDER OF DISMISSAL – 1

NOW, THEREFORE, this matter is DISMISSED without prejudice based on Plaintiffs' failure to prosecute.

DATED this 1st day of April, 2014.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 2